

**Henry G. Swergold, Esq.**
**212.695.8100 | ext. 228**
**hswergold@goetzplatzer.com**

June 29, 2026

BY CM/ECF and EMAIL        pedersen@nywd.uscourts.gov

The Honorable Mark W. Pedersen
United States Magistrate Judge
100 State Street
Rochester, New York 14614

> Re:     Horizon Capital NY L.P. v. Amerimed Emergency Medical Services d/b/a
>         Amerimed EMS, Quickmedic, LLC, Priority Sprinters LLC, Amerimed Medical
>         Solutions LLC, and Arthur Dixon Marlow II
>         Case No.: 6:26-cv-06412-EAW-MJP

Dear Magistrate Judge Pedersen:

Our office represents Plaintiff Horizon Capital NY L.P. ("Horizon") in connection with the above-referenced matter.  In compliance with Your Honor's Text Order dated June 22, 2026, I write to provide Horizon's position regarding whether this Court should stay the entire case or just the proceedings against the debtor defendant, Amerimed Emergency Medical Services LLC ("Amerimed").  *See* Docket No. 14, June 22, 2026 Text Order.

On June 22, 2026, Amerimed filed a Suggestion of Bankruptcy and Notice of Automatic Stay (pursuant to 11 U.S.C. §362(a)) as Amerimed filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia.  *See* Docket No. 13.  An automatic stay pursuant to 11 U.S.C. §362(a) only applies to the debtor Defendant Amerimed.

As for the other non-debtor Defendants, however, barring further order of the United States Bankruptcy Court for the Northern District of Georgia, this case may and should proceed, including the Cross-Motion to Remand this action to the Supreme Court of the State of New York for the County of Monroe, pursuant to 28 U.S.C. §1447(c).  Upon information and belief, the claims between the parties can be resolved (in state court) without the involvement of Amerimed.

Your Honor will recall that Defendants filed a Motion to Stay Litigation and Compel Arbitration (dated April 23, 2026) on April 24, 2026.  *See* Docket No. 4.  Horizon filed a Cross-Motion to Remand (with opposition to Defendants' Motion to Stay Litigation and Compel Arbitration) on

☐ 225 Broad Hollow Road | Suite 303     ☐ 1325 Avenue of the Americas | 14th Floor     ☐ 601 Route 73 North | Suite 305     goetzplatzer.com
Melville, NY 11747                      New York, NY 10019                            Marlton, NJ 08053
T: 212.695.8100 / 212.593.3000         T: 212.695.8100 / 212.593.3000                T: 201.612.4444
F: 212.629.4013                        F: 212.629.4013                               F: 212.629.4013

**GOETZ PLATZER**
ATTORNEYS AT LAW | NEW YORK, NY

The Honorable Mark W. Pedersen
June 29, 2026
Page 2

May 1, 2026.  *See* Docket No. 8.  Pursuant to Text Order of Referral dated May 4, 2026, Plaintiff's Cross-Motion to Remand was referred to Your Honor for report and recommendation for disposition.  *See* Docket No. 10.  By letter motion dated May 14, 2026, Horizon filed an application to adjourn the Rule 16 Conference (that was initially scheduled for May 20, 2026) considering Horizon's pending Cross-Motion to Remand.  Your Honor granted the letter motion adjournment request.  *See* Docket No. 11.

Horizon respectfully requests this Court grant issue an order allowing the case to proceed against the non-debtor Defendants and granting Horizon's Cross-Motion to Remand,

Respectfully submitted,

GOETZ PLATZER LLP

By: *Henry G. Swergold*

Henry G. Swergold

HGS/slg
Enc.

cc:    VIA CM/ECF and EMAIL

Brian R. Goodwin, Esq.
Goodwin Law Firm
brian.goodwinlaw@gmail.com
brian@goodwin-lawfirm.com
*Counsel for the Defendants*